PER CURIAM.
Affirmed. See Johnson v. State, 60 So.3d 1045 (Fla.2011); State v. Williams, 667 So.2d 191 (Fla.1996); Vemold v. State, 376 So.2d 1166 (Fla.1979); Steadman v. State, 23 So.3d 811 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Williams v. State, 734 So.2d 1113 (Fla. 2d DCA 1999); Greenlee v. State, 591 So.2d 310 (Fla. 2d DCA 1991); Murray v. State, 36 So.3d 792 (Fla. 1st DCA 2010); Mills v. State, 840 So.2d 464 (Fla. 4th DCA 2003); Rodriguez v. State, 645 So.2d 98 (Fla. 3d DCA 1994).
KHOUZAM, MORRIS, and SLEET, JJ., Concur.